1
2
3
4
5
6
7
8
9
10

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  NITTO TIRE U.S.A. INC.,

12          Plaintiff,

13          vs.

14  GIGATIRES, LLC, a California limited
    liability company; TIRESEASY, LLC, a
15  Delaware limited liability company; and
    DOES 1 through 10,

16

17          Defendants.

18

Case No. 8:21-cv-00797-JVS-JDE

Honorable James V. Selna

**ORDER ON STIPULATION TO
DISMISS ACTION WITH
PREJUDICE [30]**

19
20
21
22
23
24
25
26
27
28

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

1

**ORDER ON STIPULATION TO DISMISS**
BN 49490684v1

1    The Court, having considered the Stipulation of by and between Plaintiff

2 Nitto Tire U.S.A., Inc. ("Plaintiff") and Defendants Gigatires, LLC and Tireseasy,

3 LLC, and for good cause shown, hereby orders as follows:

4    1.    The entire action is hereby dismissed in its entirety with prejudice;

5    2.    The parties will each bear their respective costs and attorney's fees as

6 incurred in connection with this action;

7    3.    The Court will retain jurisdiction over this action to enforce the terms

8 of the settlement agreement entered into between the Parties as needed.

9

10

11 DATED: February 10, 2022

12

13    JAMES V. SELNA
      Judge of the United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**ORDER ON STIPULATION TO DISMISS**
BN 49490684v1